United States District Court
Southern District of Texas
**ENTERED**
August 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRETT CANALES, | § § § § | |
| Plaintiff. | | |
| V. | § § § § § § | CIVIL ACTION NO. 3:24-cv-00164 |
| KROGER TEXAS LP, | | |
| Defendant. | | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 29, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 17. Judge Edison filed a memorandum and recommendation on July 21, 2025, recommending that Defendant's motion for summary judgment (Dkt. 30) be granted. Dkt. 32.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 32) is approved and adopted in its entirety as the holding of the court; and

(2) Defendant's motion for summary judgment (Dkt. 30) is granted.

A final judgment will issue separately.

Signed on Galveston Island this 5th day of August, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

2